1  MICHAEL S. WINSTEN (California State Bar No. 126554)
2  WINSTEN LAW GROUP
   27201 Puerta Real, Suite 465
3  Mission Viejo, California  92691
4  Telephone:   (949) 429-3400
   Telecopier:   (949) 429-3500
5  E-Mail: mike@winsten.com
   Attorneys for Plaintiff
6

**JS-6**

## UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. WINSTEN, an individual doing business as WINSTEN LAW GROUP, | CASE NO.  SACV13-695 AG (RNBx) |
| Plaintiffs, | **Judgment** |
| vs. | |
| ROBERT D. MANNING, an individual; NEWTONIAN FINANCES, LTD., a Maryland corporation; DEBTORWISE FOUNDATION, a Delaware non-profit corporation; RESPONSIBLE DEBT RELIEF INSTITUTE, a Delaware non-profit corporation; CREDITWISE OF AMERICA, INC., a New York corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

# JUDGMENT

The Parties herein having stipulated and agreed to entry of judgment in the manner and on the terms and conditions set forth in the attached Stipulation for Entry of Judgment executed by the Parties and filed in this action on May 20, 2013, as Docket No. 5.

It is, THEREFORE, ORDERED ADJUDGED and DECREED by the Court that:

Plaintiff MICHAEL S. WINSTEN, an individual doing business as WINSTEN LAW GROUP is hereby granted judgment on the Complaint, against defendants ROBERT D. MANNING, NEWTONIAN FINANCES, LTD., DEBTORWISE FOUNDATION, RESPONSIBLE DEBT RELIEF INSTITUTE and CREDITWISE OF AMERICA, INC., jointly and severally, in the amount of **$105,314.29**, plus interest at the rate of ten percent (10%) per annum commencing on the date of entry of this judgment, plus Plaintiff's actual fees and costs incurred for the enforcement of this judgment. The Court accepts and reserves continuing jurisdiction to enforce the terms of the parties' Stipulation for Entry of Judgment.

Date: May 28, 2013

_____
United States District Judge
Andrew J Guilford